| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>RICHARD L. KIRKPATRICK (SBN 117932) |
| 2 | richard.kirkpatrick@pillsburylaw.com<br>COLIN T. KEMP (SBN 215408) |
| 3 | colin.kemp@pillsburylaw.com<br>50 Fremont Street |
| 4 | Post Office Box 7880<br>San Francisco, CA  94120-7880 |
| 5 | Telephone:     (415) 983-1000<br>Facsimile:     (415) 983-1200 |
| 6 | |
| 7 | LEYDIG, VOIT & MAYER, LTD.<br>KEVIN C. PARKS (*pro hac vice* application pending) |
| 8 | kparks@leydig.com<br>Two Prudential Plaza |
| 9 | 180 N. Stetson Avenue, Suite 4900<br>Chicago, IL  60601-6731 |
| 10 | Telephone:     (312) 616-5600<br>Facsimile:     (312) 616-5700 |
| 11 | Attorneys for Defendant |
| 12 | NIKE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| HEATHER LANGENDORFER d/b/a ATALANTA ATHLECTICWEAR, | ) ) ) | Case No. C 09-03079 SC |
| | ) | E-FILING |
| Plaintiff, | ) ) | |
| vs. | ) ) | SECOND JOINT STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT |
| NIKE, INC., a Oregon corporation | ) ) | |
| Defendant. | ) ) | Judge:     The Hon. Samuel Conti |

701692870v1

- 1 - SECOND JOINT STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
Case No. C 09-03079 SC

1   Pursuant to Civil Local Rules 5 and 6-1(a) of the United States District Court,

2   Northern District of California, plaintiff HEATHER LANGENDORFER d/b/a

3   ATALANTA ATHLETICWEAR[1] ("Langendorfer") and defendant <u>NIKE, INC.</u> ("Nike")

4   HEREBY STIPULATE, through their respective counsel of record, as follows:

5   1.   WHEREAS, on or about July 8, 2009 Langendorfer filed the within

6   complaint;

7   2.   WHEREAS, the complaint was purportedly served on Nike on or about

8   July 14, 2009;

9   3.   WHEREAS, assuming a service date of July 14, 2009, the date by which

10  Nike would have needed to answer or otherwise respond to the complaint was August 3,

11  2009;

12  4.   WHEREAS, on July 31, 2009, counsel to Langendorfer and counsel to Nike

13  stipulated that Nike would have up to and including August 18, 2009 to answer or

14  otherwise respond to the complaint;

15  5.   WHEREAS, counsel to Langendorfer and counsel to Nike have further

16  discussed the time within which Nike is to answer or otherwise respond to the complaint;

17  counsel to Nike requested a further extension of such time; counsel to Langendorfer agreed

18  to such an extension; and, counsel agreed that Nike shall have up to and including Tuesday,

19  September 18, 2009 to answer or otherwise respond to the complaint; and,

20  6.   WHEREAS, this stipulation will not alter the date of any event or any

21  deadline already fixed by Court order.

22  THEREFORE, Langendorfer and Nike stipulate that Nike shall have up to and

23  including Tuesday, September 8, 2009 to answer or otherwise respond to the complaint.

24

25

26  _____

27  [1] It appears that the term "Athlecticwear," as used in the Complaint's caption, contains a typo – it should be "Athleticwear."

28

1  Dated: August 18, 2009.

2                                              PILLSBURY WINTHROP SHAW
                                                   PITTMAN LLP
3                                              COLIN T. KEMP
                                               50 Fremont Street
4                                              Post Office Box 7880
                                               San Francisco, CA  94120-7880
5
                                               By   //s//  Colin T. Kemp
6                                                   Attorneys for Defendant NIKE, INC.

7
   Dated: August 18, 2009.
8                                              NARANCIC & KATZMAN, PC.
                                               PERRY J. NARANCIC
9                                              325 Sharon Park Drive
                                               Menlo Park, CA 05025
10

11                                             By   //s//  Perry J. Narancic
                                                    Attorneys for Plaintiff HEATHER
12                                                  LANGENDORFER d/b/a ATALANTA
                                                    ATHLETICWEAR
13

14

15                          [SEAL: UNITED STATES DISTRICT COURT
                             NORTHERN DISTRICT OF CALIFORNIA
16                           IT IS SO ORDERED
                             Judge Samuel Conti]
17

18

19

20
         **DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**
21
         I, COLIN T. KEMP, hereby declare pursuant to General Order 45, § X.B, that I
22
   have obtained the concurrence in the filing of this document from the other above
23
   signatory.
24
         I declare under penalty of perjury of the laws of the United States of America that
25
   the foregoing declaration is true and correct.
26
         Executed on August 19, 2009, at San Francisco, California.
27
                                                   //s//  Colin T. Kemp
28

# CERTIFICATE OF SERVICE

I, Colin T. Kemp, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco, California.

2. My business address is 50 Fremont Street, San Francisco, CA 94105.

3. On August 18, 2009, I filed the attached document titled SECOND JOINT STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT electronically with the United States District Court, Northern District of California, and because of that the below-listed parties should have been served via the Court's electronic case filing system at the email addresses listed below:

NARANCIC & KATZMAN, PC.
PERRY J. NARANCIC
pnarancic@nk-pc.com
325 Sharon Park Drive
Menlo Park, CA 05025

I declare under penalty of perjury of the laws of the United States of America that the foregoing declaration is true and correct.

Executed on August 18, 2009, at San Francisco, California.

                                          //s//  Colin T. Kemp